

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00523-CV

**SA-TITAN HOLDINGS, LLC** d/b/a Titan Electric Company and Ronald Price,
Appellants

v.

**SUPERIOR CONTRACTING SERVICES, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21661
Honorable Norma Gonzales, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that costs be assessed against appellant.

It is so **ORDERED** on November 12, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court